# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:18-cr-10332-GAO |
| FRANKLIN PERRY | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

The Defendant Franklin Perry hereby moves that this Honorable Court to continue the Rule 11 hearing scheduled in this case from February 14, 2019 at 2:30 pm to **February 21, 2019 at 2:45 pm.**

In support of this motion, Defendant states that he was recently sentenced in a state court case and is currently incarcerated at South Bay Correctional Center, and additional time is needed to consult with his counsel prior to this hearing.  Assistant U.S. Attorney Merritt has assented to the relief requested in this motion.

WHEREFORE, it is respectfully requested that this motion be allowed and the Rule 11 hearing in this action be rescheduled to the date listed above.

Respectfully submitted,

FRANKLIN PERRY,

By his attorney,

*/s/ Paul V. Kelly*
Paul V. Kelly (BBO # 267010)
Benjamin R. Davis (BBO # 673017)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025
paul.kelly@jacksonlewis.com
benjamin.davis@jacksonlewis.com

Dated:  February 6, 2019

## CERTIFICATE OF SERVICE

This hereby certifies that on the above date this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul V. Kelly*

Jackson Lewis P.C.

4839-6846-0679, v. 1