# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** OR ANY OF HIS DEPUTIES,

AND TO:   Suffolk House of Corrections, South Bay, 20 Bradston Street, Boston, MA 02118

YOU ARE COMMANDED to have the body of         FRANKLIN PERRY  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.      22         , on the    7th       floor, Boston, Massachusetts on  April 2, 2019        , at 12:30    , P.M.

for the purpose of    Change of Plea

in the case of    UNITED STATES OF AMERICA V.      FRANKLIN PERRY

CR Number    18-10332-GAO

And you are to retain the body of said     FRANKLIN PERRY      while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  FRANKLIN PERRY                     to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   25      day of  March, 2019         .


  George A. O'Toole, Jr.
UNITED STATES DISTRICT JUDGE

                                                       ROBERT M. FARRELL
                                                       CLERK OF COURT

       SEAL

                                               By:    /s/ Paul Lyness
                                                      Deputy Clerk